Hibbard, Spencer, Bartlett & Company, appellant, v. Anna Svehla, appellee. Gen. No. 35,332.

618

Opinion filed December 28, 1931.
Friedman, Schimberg & Alster, for appellant; Simon H. Alster, of counsel. Casper Nathan and Edward S. Schneider, for appellee.
Mr. Justice McSurely delivered the opinion of the court.